# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| MARK GRIFFIN, | : | Case No. 1:22-cv-103 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Chelsey M. Vascura |
| CHARLES BRADLEY, *et al.*, | : | |
| Defendants. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 2)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Chelsey M. Vascura. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on February 28, 2022, submitted a Report and Recommendation. (Doc. 2). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, for the reasons stated above:

1. The Report and Recommendation (Doc. 2) is **ADOPTED**;

2. Plaintiff is hereby **ORDERED** to pay the full $402 filing fee ($350 filing fee, plus $52 administrative fee) required to commence this action WITHIN 30 DAYS. Plaintiff's failure to timely pay the full $402 fee within thirty days **will result in the dismissal of this action**.

3. Plaintiff is **ORDERED** to file a Notice in all pending federal cases in which he was granted leave to proceed *in forma pauperis* status that identifies all of his previously-dismissed cases.

4. Pursuant to 28 U.S.C. § 1915(a), the Court certifies that an appeal of this Order would not be taken in good faith and, therefore, the Court **DENIES** Plaintiff leave to appeal *in forma pauperis*.

5. Plaintiff is **HEREBY ADVISED** that the Court will dismiss with prejudice any future cases in which Plaintiff seeks *in forma pauperis* status without identifying previously-dismissed cases in accordance with *Sloan v. Lesza*, 181 F.3d 857 (7th Cir. 1999); see also *Clervrain v. Lawson*, No. 1:20-cr-1306, ECF No. 5 (S.D. Ind. May 6, 2020) (denying Clervrain's in *forma pauperis motion* and dismissing the action with prejudice because Clervrain failed to disclose that he was a three-striker).

**IT IS SO ORDERED.**

Date: 4/5/2022

*s/Timothy S. Black*
Timothy S. Black
United States District Judge